AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Dakin Adam Braddick,<br>*Plaintiff*<br>v.<br>Richland County *a Political Subdivision of the State of South Carolina*,<br>*Defendants* | ) ) ) ) ) ) Civil Action No.    1:20-cv-01373-JD |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is hereby entered for defendant, Richland County *a Political Subdivision of the State of South Carolina*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the Defendant's motion for summary judgment.

Date:   April 28, 2021                                              *Robin L. Blume, CLERK OF COURT*

                                                                                        *s/L. Baker*
                                                          _____
                                                                      *Signature of Clerk or Deputy Clerk*