**Leslie Baker**

| | |
|---|---|
| **From:** | Leslie Baker |
| **Sent:** | Wednesday, April 28, 2021 4:17 PM |
| **To:** | mcbridej@rcgov.us |
| **Subject:** | Remand |
| **Attachments:** | 20-1373 - Braddick - Certified Copy of Order.pdf; 20-1373 - Braddick - PDF of NEF.pdf |

The Honorable Jeanette W. McBride, Clerk of Court
Richland County Court of Common Pleas

*RE:      Dakin Adam Braddick v. Richland County a Political Subdivision of the State of South Carolina*
          *U.S. District Court Civil Action No.     1:20-cv-01373-JD*
          *Richland County Case No.                 2017-CP-40-07404*

Dear Ms. McBride:

   Pursuant to the Order of the Honorable Joseph Dawson, III, United States District Judge, signed April 28, 2021, the state law claims in the above-captioned case are remanded to your Court.

   Please confirm receipt of the certified copy of the order via return email.


Leslie Baker
Civil Case Administrator for the Honorable Shiva V. Hodges
Unites States District Court – Columbia Division
901 Richland Street, Columbia, South Carolina 29201